FENNEMORE CRAIG, P.C.
Barney M. Holtzman (No. 016554)
One South Church Avenue
Suite 1000
Tucson, AZ  85701-1627
Telephone:  (520) 879-6800
Email:  bholtzman@fclaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Mowery, an Arizona Resident,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Good Ole Tom Management Company, LLC, an Arizona limited liability company; Good Ole Tom Tucson, LLC, an Arizona limited liability company; Patricia Futch, an Arizona resident, and Tommon Tinney, an Arizona resident,<br><br>　　　　　　Defendants. | No. 2:15-cv-02595-JJT<br><br>**MOTION TO TRANSFER VENUE TO THE TUCSON DIVISION** |

　　　　Pursuant to LRCiv 77.1(c), 28 U.S.C. § 1406(a) and 28 U.S.C. § 1404(a) and convenience of the parties, defendants Good Ole Tom Management Company, LLC, Good Ole Tom Tucson, LLC, Patricia Futch, and Tommon Tinney (collectively, "Good Ole Tom's") move the Court to transfer venue of this case to the Tucson Division of this District.  This case is founded on causes of action arising in the Tucson Division.  All events giving rise to this lawsuit, all parties to this lawsuit and all anticipated witnesses necessary to resolve this dispute are located in the Tucson Division of this Court. Although "[t]he district court of a district in which is filed a case laying venue in the wrong division…shall dismiss…," 28 U.S.C. § 1406(a), Good Ole Tom's only requests

1  the Court transfer the case to the Tucson Division.

2  This employment lawsuit arises from plaintiff's work for Good Ole Tom
3  Management LLC, whose corporate address is within the Tucson Division. *See Verified*
4  *Complaint*; *Declaration of Kevin Futch*, attached hereto at Tab 1, ¶ 3 ("*Futch Decl.*
5  *¶ __*"). Defendant Good Ole Tom Tucson, LLC's corporate address also is within the
6  Tucson Division. *Futch Decl.* ¶ 4. Plaintiff performed the vast majority of her work at
7  the personal home of defendants Futch and Tinney, which also is within the Tucson
8  Division. *Id.* at ¶¶ 5-6. Plaintiff resides in the Tucson Division. *Id.* at ¶ 7. Witnesses
9  who can speak to the duties performed by plaintiff, including Ms. Futch, Mr. Tinney,
10 Kevin Futch and the various household employees plaintiff managed, all live in the
11 Tucson Division. *Id.* at ¶ 6.

12 LRCiv 77.1(c) states the trial of this matter, unless otherwise ordered by the Court,
13 "shall be tried in Tucson…." The facts and circumstances overwhelmingly support the
14 transfer of this action to the Tucson Division See 28 U.S.C. § 1406(a); and 28 U.S.C. §
15 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district
16 court may transfer any civil action to any other district or division where it might have
17 been brought."). Not only could this case have been filed in the Tucson Division, but it
18 should have been.

19 For the convenience of the parties and witnesses, the interests of justice and
20 judicial economy, Good Ole Tom's requests this matter be transferred to the Tucson
21 Division of the Arizona District.

22
23
24
25
26

FENNEMORE CRAIG, P.C.
TUCSON

11232601

DATED this 19th day of January 2016.

                                      FENNEMORE CRAIG, P.C.

                                      By */s/ Barney M. Holtzman*
                                          Barney M. Holtzman
                                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of the Electronic Filing to the following CM/ECF registrant:

Michael Zoldan
Jason Barrat
Jessica Miller
ZOLDAN LAW GROUP, PLLC
8100 E. Indian School Road, Suite 103
Scottsdale, AZ  85251
Email: mzoldan@zoldangroup.com
       jbarrat@zoldangroup.com
       jmiller@zoldangroup.com
*Attorneys for Plaintiff*


*/s/ Amber Pherigo*
An employee of Fennemore Craig , P.C.

FENNEMORE CRAIG, P.C.
TUCSON

11232601

## DECLARATION OF KEVIN FUTCH

I, KEVIN FUTCH, declare:

1. I am the COO of Good Ole Tom Management Company LLC.

2. I have reviewed the Verified Complaint filed by Christina Mowery.

3. Good Ole Tom Management Company LLC's corporate address is located within Pima County, Arizona.

4. Good Ole Tom Tucson LLC's corporate address is located within Pima County, Arizona.

5. Patricia Futch is my mother and Tommon Tinney is my step-father. Their home is located within Pima County, Arizona.

6. Plaintiff Christina Mowery previously worked for Good Ole Tom Management Company, LLC as my mother's personal assistant. Her responsibilities included overseeing my parents' household and my mother's professional and personal life. The vast majority of her work occurred in and around Tucson. The individuals who are familiar with her work and what she did are located in Pima County, Arizona.

7. Ms. Mowery's residence is within Pima County, Arizona.

1
2
3
4
5
6
7
8
9
10
11

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of January 2016.

Kevin Futch

FENNEMORE CRAIG, P.C.
TUCSON