NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Mowery, | No. CV-15-02595-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Good Ole Tom Management Company LLC, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion to Transfer Venue to the Tucson Division (Doc. 8), to which Plaintiff filed a Notice of Non-Opposition (Doc. 10). This employment lawsuit arose from Plaintiff's work for Defendants Good Ole Tom Management Company, LLC and Good Ole Tom Tucson, LLC, whose corporate addresses are within the Tucson division. Plaintiff worked at the personal home of Defendants Patricia Futch and Tommon Tinney, also located in the Tucson division. Thus, this case is founded on causes of action arising in the Tucson division and could have been brought there. *See* LRCiv 77.1(c); 28 U.S.C. § 1391(b). Plaintiff, Defendants Ms. Futch and Mr. Tinney, and potential witnesses reside in the Tucson division. For the convenience of the parties and witnesses, the Court will transfer this case to the Tucson division. *See* 28 U.S.C. §§ 1404, 1406.

IT IS THEREFORE ORDERED granting Defendants' Motion to Transfer Venue to the Tucson Division (Doc. 8).

1    IT IS FURTHER ORDERED that the Clerk of the Court transfer and open this
2 case in the Tucson Division and assign it to a Tucson Division Judge.
3    Dated this 26th day of February, 2016.

Honorable John J. Tuchi
United States District Judge