FENNEMORE CRAIG, P.C.
Barney M. Holtzman (No. 016554)
One South Church Avenue
Suite 1000
Tucson, AZ  85701-1627
Telephone:  (520) 879-6800
Email:  bholtzman@fclaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Mowery, an Arizona Resident,<br><br>Plaintiff,<br><br>v.<br><br>Good Ole Tom Management Company, LLC, an Arizona limited liability company; Good Ole Tom Tucson, LLC, an Arizona limited liability company; Patricia Futch, an Arizona resident, and Tommon Tinney, an Arizona resident,<br><br>Defendants. | No. 2:15-cv-02595-JJT<br><br>**DEFENDANT GOOD OLE TOM MANAGEMENT COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Good Ole Tom Management Company, LLC in compliance with the provisions of: *(check one)*

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ___   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that

owns 10% or more of its stock or states that there is no such corporation.

     Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organization victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

 X  No such corporation.

     Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attached additional pages if needed.)*

_____ Relationship_____

     Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest. (Attached additional pages if needed.)*

_____ Relationship _____

     Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 10th day of May, 2016.

          FENNEMORE CRAIG, P.C.

          By */s/ Barney M. Holtzman*
              Barney M. Holtzman
              Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10th, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of the Electronic Filing to the following CM/ECF registrant:

Michael Zoldan
Jason Barrat
Jessica Miller
ZOLDAN LAW GROUP, PLLC
8100 E. Indian School Road, Suite 103
Scottsdale, AZ  85251
Email: mzoldan@zoldangroup.com
       jbarrat@zoldangroup.com
       jmiller@zoldangroup.com
*Attorneys for Plaintiff*

*/s/      C. Burns*
An employee of Fennemore Craig , P.C.